**01–2259. Frenchtown Square Partnership v. Lemstone, Inc.**

Mahoning App. No. 99CA300. On motion to consolidate case with 01–1165, *Frenchtown Square Partnership v. Lemstone, Inc.*, Mahoning App. No. 99CA300. Appeal allowed and motion granted. RESNICK, J., dissents.